UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                  Case No.:   19-15229

NOONAN, SCOTT ALLEN                                   Chapter:    7 -- Liquidation

                                                                             Judge:       JOHN K. SHERWOOD

**NOTICE OF PROPOSED ABANDONMENT**

 Nicholas J. Delzotti                          ,  Trustee                  in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable  JOHN K. SHERWOOD  on  05/21/2019  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no.  3D . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's property is located at<br>39-24 Morlot Avenue<br>Fair Lawn, NJ  07410<br>Property has a fair market value of $480,295 per<br>Zillow evaluation |
|---|---|

| Liens on property: | Mortgages are held by<br>SB One Bank with a balance of $19,624.00 &<br>Bank of N.Y. Mellon with a balance of $813,721.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:            Nicholas J. Delzotti

Address:         PO Box, 20117, Newark, NJ 07102

Telephone No.:  (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15229-JKS
Scott Allen Noonan                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 13, 2019
                              Form ID: pdf905          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db          +Scott Allen Noonan,    39-24 Morlot Avenue,    Fair Lawn, NJ 07410-4951
cr          +SB One Bank f/k/a Community Bank of Bergen County,,    100 Enterprise Drive,    Suite 700,
              Rockaway, NJ 07866-2176
518119659    Celentano, Stadtmauer & Walentowicz, LLP,     1035 Route 46 East Suite B208,    PO Box 2594,
              Clifton, NJ 07015-2594
518119660   +Gelico Management,    52 Forest Avenue,    Paramus, NJ 07652-5200
518119661   +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
518119662   +Hartzband Center for Hip & Knee,     P.O. Box 29008,    Newark, NJ 07101-9008
518119665   +NJ Attorney General's Office,    124 Halsey Street,    Newark, NJ 07102-3017
518119664   +New Jersey Dept. of Labor & Workforce,    PO Box 379,    Trenton, NJ 08625-0379
518119666    SB One Bank,    PO Box 7128,    Rochelle Park, NJ 07662-7128
518119667    Sears Mastercard,    PO Box 6286,   Sioux Falls, SD 57117-6286
518119668   +State of New Jersey,    Depoartment of the Treasury,    Division of Taxation,    PO Box 445,
              Trenton, NJ 08603-0445
518119669   +The Bank of New York,     c/o Powers Kirn, LLC,    728 Marne Highway, Suite 200,
              Moorestown, NJ 08057-3128
518119670   +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
              P.O. Box 683,    Washington, DC 20044-0683
518189114    the State of New Jersey,    Division of Employer Accounts,    PO Box 379,
              Trenton, NJ 08625-0379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518119658    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:37     Capital One,
              P.O. Box 6492,    Carol Stream, IL 60197-6492
518119663    E-mail/Text: cio.bncmail@irs.gov May 14 2019 00:04:05     Internal Revenue Service (IRS),
              P.O. Box 21126,    Philadelphia, PA 19114
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2019 at the address(es) listed below:
              Eric R. Perkins    on behalf of Debtor Scott Allen Noonan eperkins@becker.legal,
               eperkins@becker.legal;tcolombini@becker.legal
              Janine A Getler    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               jgetler@ggpclaw.com,    mstoll@ggpclaw.com;cmatovic@ggpclaw.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee (CWMBS 2007-3) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as Trustee (CWMBS 2007-3) ecf@powerskirn.com
                                                                                               TOTAL: 7
```