| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the Bank of New York, As Trustee (CWMBS 2007-3) |
| In Re:<br>    Noonan, Scott Allen |

**Order Filed on June 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:   19-15229 JKS

Hearing Date: June 11, 2019

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the Bank of New York, As Trustee (CWMBS 2007-3)</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 39 -24 Morlot Avenue, Fair Lawn NJ 07410**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Allen Noonan  
    Debtor

Case No. 19-15229-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db           +Scott Allen Noonan,   39-24 Morlot Avenue,    Fair Lawn, NJ 07410-4951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWMBS 2007-3) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Eric R. Perkins    on behalf of Debtor Scott Allen Noonan eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal
         Janine A Getler    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. jgetler@ggpclaw.com,  mstoll@ggpclaw.com;akrane@ggpclaw.com
         Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWMBS 2007-3) kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
         Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com, NJ58@ecfcbis.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWMBS 2007-3) ecf@powerskirn.com
                                                                                                                                                           TOTAL: 8